

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

September 19, 2021

**VIA FACSIMILE ((212) 805-7942)**

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
9/21/21

The Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY  10007

Re:    *Steinmetz v. Shutterstock, Inc.*, 21-cv-7100 (AKH); Request for Extension of Time to
       Respond to Complaint

Dear Judge Hellerstein:

We represent defendant Shutterstock, Inc. ("Shutterstock") in the above-referenced action, and
we write pursuant to Your Honor's Rule 1.D. with consent of the plaintiff to request a thirty-day
extension of time to answer, move, or otherwise respond to the Complaint filed in this action.
The original date to respond presently is September 21, 2021.  This is the first request for an
adjournment or extension of the deadline to respond to the Complaint, and the extension will not
affect any other scheduled dates, as no dates have yet been scheduled.

We thank the Court for its consideration of this request.

Respectfully,

Eleanor M. Lackman

EML

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.msk.com

13510170.1