UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
George Steinmetz,

                                  Plaintiff,

   -against-

Shutterstock, Inc., et al.,

                                  Defendants.
------------------------------------------------------------- x

**SCHEDULING ORDER**

21 Civ. 7100 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a telephonic initial pre-trial conference on Friday, January 28, 2022, at 10:00 a.m., which conference will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than January 20, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    January 3, 2022                     ___/s/ Alvin K. Hellerstein___
            New York, New York          ALVIN K. HELLERSTEIN
                                                        United States District Judge