UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
GEORGE STEINMETZ,

                        Plaintiff,

   -against-

SHUTTERSTOCK, INC. et al,

                        Defendants.
------------------------------------------------------------ x
ELLIOT MCGUCKEN,

                        Plaintiff,

   -against-

SHUTTERSTOCK, INC. et al,

                        Defendants.
------------------------------------------------------------ x

**ORDER RE: STATEMENT OF RELATEDNESS**

21 Civ. 7100 (AKH)

22 Civ. 905 (GHW)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Statements of Relatedness have been filed in 21-CV-7100 (AKH) *George Steinmetz v. Shutterstock, Inc. et al.*, and 22-CV-905 (GHW) *Elliot McGucken v. Shutterstock, Inc. et al.* The presiding judges in both cases believe that the cases are not similar, and each of the cases will proceed under their separate tracks.

        SO ORDERED.

Dated:    February 16, 2022           /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                               United States District Judge