UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
GEORGE STEINMETZ,

                            Plaintiff,

    -against-

SHUTTERSTOCK, INC. et al,

                          Defendants.
----------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 7100 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 18, 2022, the parties submitted letters, pursuant to my Individual Rule 2E, asking me to rule on discovery disputes (ECF Nos. 36, 37). Both letters are rejected because they were not jointly produced.

        The parties are cautioned that failure promptly to discuss opposing party discovery demands in a meaningful way and participate in the "2E" process, so that a joint letter is filed by noon, Friday, July 25, 2022, will be cause to order compliance with all opposing party's discovery requests.

        SO ORDERED.

Dated:    July 19, 2022                    /s/ Alvin K. Hellerstein
             New York, New York      ALVIN K. HELLERSTEIN
                                               United States District Judge