UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GEORGE STEINMETZ,

                 Plaintiff,

  -against-

SHUTTERSTOCK, INC. et al,

                Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 7100 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On July 20, 2022, the parties submitted a letter, pursuant to my Individual Rule 2E, asking me to rule on discovery disputes (ECF Nos. 39). I rule as follows.

1. Plaintiff's deposition shall be conducted in one session beginning at 9:30 a.m. and ending 5:30 p.m. with one one-hour break for lunch. The deposition will be held remotely, according to the parties' agreement.

2. Defendant shall produce an affidavit of a senior executive having knowledge that all documents responsive to Plaintiff's requests have been produced, including documents created by a use of Slack to communicate with Defendant's employees. The affidavit and any supplementation of production shall be performed by August 5, 2022. If Plaintiff wishes further discovery beyond this, Plaintiff shall make an application promptly following receipt of the affidavit and any supplementation of production.

      The status conference scheduled for August 12, 2022 is adjourned to September 16, 2022 at 10:00 a.m.

      SO ORDERED.

Dated:    July 22, 2022                         /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                                   United States District Judge