UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GEORGE STEINMETZ,

                       Plaintiff,

    -against-

SHUTTERSTOCK, INC. et al,

                      Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 7100 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A status conference was held to set dates for dispositive motions.

      Opening briefs shall be filed by September 2, 2022. Oppositions shall be filed by September 16, 2022. Replies, if necessary, shall be filed by September 23, 2022. All dates are final and not adjournable.

      SO ORDERED.

Dated:    August 12, 2022               /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                        United States District Judge