# Exhibit E

  Log in   Sign up   Menu

# DMCA Copyright Infringement Notice

Shutterstock, Inc. ("Shutterstock") respects the intellectual property of others and expects that the users of our website feel the same way.

**Procedure for Making Copyright Infringement Claims:**

If you believe that your copyrighted work has been copied in a way that constitutes copyright infringement and it is accessible on this site, you may notify our copyright agent, as set forth in the Digital Millennium Copyright Act of 1998 ("DMCA"). To be effective under the DMCA, a notification of claimed infringement must be a written communication provided to Shutterstock's designated agent that includes substantially the following:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.

3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the Shutterstock to locate the material.

4. Information reasonably sufficient to permit the Shutterstock to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

5. A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

The above information must be submitted as a written notification to the following Designated Agent of Shutterstock at the email address: infringementclaims@shutterstock.com

Written notifications may also be sent to the below address, but please note there may be a **significant delay** in receiving your notice:

Shutterstock, Inc.

STK000120

Attn: Shutterstock Designated Agent
Empire State Building, 350 Fifth Avenue, 21st Floor - New York, NY 10118
1 (866) 663-3954 (phone)
infringementclaims@shutterstock.com

PLEASE NOTE THAT UNDER FEDERAL LAW, IF YOU KNOWINGLY MISREPRESENT THAT ONLINE MATERIAL IS INFRINGING, YOU MAY BE SUBJECT TO HEAVY CIVIL PENALTIES. THESE INCLUDE MONETARY DAMAGES, COURT COSTS, AND ATTORNEYS' FEES INCURRED BY US, BY ANY COPYRIGHT OWNER, OR BY ANY COPYRIGHT OWNER'S LICENSEE THAT IS INJURED AS A RESULT OF OUR RELYING UPON YOUR MISREPRESENTATION. YOU MAY ALSO BE SUBJECT TO CRIMINAL PROSECUTION FOR PERJURY.

This information should not be construed as legal advice, for further details on the information required for valid DMCA notifications, see 17 U.S.C. 512(c)(3).

NOTE: This information is provided exclusively for notifying Shutterstock that your copyrighted material(s) might have been infringed. Any other inquiries, including technical support requests, billing questions, reports of email abuse and third party reports of piracy, will not receive a response through this process.



We have more than **405 million images** as of March 31, 2022.

English

Content

Premium content

Tools

For your business

For contributors

Our company

Partner

Support

Legal