# Exhibit F

🔒 Page Vault

| | |
|---|---|
| Document title: | History \| DMCA Designated Agent Directory |
| Capture URL: | https://dmca.copyright.gov/osp/publish/history.html?search=Shutterstock&id=39e27e6de78a97b666ac7c898f7d0459 |
| Page loaded at (UTC): | Tue, 30 Aug 2022 19:25:50 GMT |
| Capture timestamp (UTC): | Tue, 30 Aug 2022 19:26:28 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 2e0a6ba0-b5d3-4e15-94aa-9c9951c8c08c |
| User: | msk-general |

PDF REFERENCE #:     mJvvpVLsdx7syCrLPm1wVL




## DMCA Designated Agent Directory

Registration Account Login    Help

**Service Provider History:** Effective: October 9, 2020 to Present (Active)

### Service Provider/Designated Agent Information

| | |
|---|---|
| Service Provider: | Shutterstock, Inc.<br>350 Fifth Avenue, 21st Floor<br>New York, NY 10118 |
| Designated Agent: | Legal Department<br>Shutterstock, Inc.<br>350 5th Ave.<br>21st Floor<br>New York, NY 10118<br>Phone: (866) 663-3954<br>Email: compliance@shutterstock.com |
| Status: | Active |
| Effective: | October 9, 2020 to Present |

### Alternate Names

Search:

Bigstock.com

Showing 1 to 1 of 1 entries

Previous | 1 | Next

[Back to Search]

**Explanation of Status Field**

The directory contains both current service provider/designated agent information as well as prior versions of designations.

- "Active" refers to the service provider's current designation.
- "Inactive" refers to an older designation that is no longer in use by the service provider and has been superseded by a newer designation.
- "Terminated" refers to a designation that is no longer active and for which the service provider has not provided any superseding designation.

U.S. Copyright Office

Library of Congress | Congress.gov | USA.gov | FOIA | Legal | Privacy Policy | DMCA Help

🔒 PageVault

| | |
|---|---|
| Document title: | History \| DMCA Designated Agent Directory |
| Capture URL: | https://dmca.copyright.gov/osp/publish/history.html?search=shutterstock&rid=04bce52f50d5e18f7b789fc004a4a0b1 |
| Page loaded at (UTC): | Fri, 02 Sep 2022 16:21:35 GMT |
| Capture timestamp (UTC): | Fri, 02 Sep 2022 16:22:16 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 84756c9c-e5a7-40b7-bfbc-77987ac8ccda |
| User: | msk-general |

PDF REFERENCE #:     wwzZ9zADLFRMKdvrL2sDtj



Document title: History | DMCA Designated Agent Directory
Capture URL: https://dmca.copyright.gov/osp/publish/history.html?search=shutterstock&amp;rid=04bce52f50d5e18f7b789fc004a4a0b1
Capture timestamp (UTC): Fri, 02 Sep 2022 16:22:16 GMT
Page 1 of 1

**PageVault**

| | |
|---|---|
| Document title: | History \| DMCA Designated Agent Directory |
| Capture URL: | https://dmca.copyright.gov/osp/publish/history.html?search=shutterstock&rid=b22ddf301cae627764d302e13ba37c60 |
| Page loaded at (UTC): | Fri, 02 Sep 2022 16:22:31 GMT |
| Capture timestamp (UTC): | Fri, 02 Sep 2022 16:22:41 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | f1c280f6-ebe7-4048-9160-79602a8d67a5 |
| User: | msk-general |

PDF REFERENCE #:    ds1JvtxxV7eB2qC8sQ4BFN



Document title: History | DMCA Designated Agent Directory
Capture URL: https://dmca.copyright.gov/osp/publish/history.html?search=shutterstock&amp;rid=b22ddf301cae627764d302e13ba37c60
Capture timestamp (UTC): Fri, 02 Sep 2022 16:22:41 GMT

Page 1 of 1