# Exhibit H

  HOME   LOGOUT

[show access]

## Removed Image Preview

Display preview for image id(s):
1571786026

go

overview of forest in the morning time by drone

batch id: 798126412
photo status: **deleted by admin (set by submit admin pages)**
submitter id: 249862578

**submitter notes:**

(none)

**md5 status:**

(none)

To undelete the photo, click here: Undelete

**relevant submitter notes:**

CONFIDENTIAL                                           STK000058

| datetime added | supervisor | note |
|---|---|---|
| unknown date for status change | | account status: disabled |

**model releases:**

(none)

**photo events:**

| date time | supervisor | action |
|---|---|---|
| 2019-11-26 21:01:46 | lbenetti | Setting categories to: 12; 3 |
| 2019-11-26 21:01:46 | lbenetti | Setting description to: overview of forest in the morning time by drone |
| 2019-11-26 21:01:46 | lbenetti | Setting illustration to: 0 |
| 2019-11-26 21:01:46 | lbenetti | Setting keywords to: abstract; acrylic; art; artistic; backdrop; background; bright; brush; color; c |
| 2019-11-26 21:01:46 | lbenetti | Updated model_released to value 0 |
| 2019-11-26 21:01:46 | lbenetti | Updated r_rated to value 0 |
| 2019-11-26 21:01:47 | lbenetti | approve |
| 2021-05-11 10:43:06 | azambrowski | suspend |
| 2021-05-11 10:43:06 | azambrowski | note: Removed per DMCA notice 11204754 |

**photo activity:**

| date time | action type | action |
|---|---|---|
| 2019-11-26 21:00:18 | addition | submitter added photo |
| 2019-11-26 21:00:18 | add_keywords | abstract; acrylic; art; artistic; backdrop; background; bright; brush; color; colorful; concept; decoration; decorative; design; forest; graphic; grunge; illustration; image; modern; oil; overview; overview of forest; paper; pattern; poster; rough; shape; stain; stroke; surface; texture; wallpaper |
| 2019-11-26 21:00:19 | edit | edited by submitter |
| 2019-11-26 21:00:47 | edit | edited by submitter |
| 2021-09-20 16:09:00 | deletion | submitter deleted photo |

[ Admin Home ] | [ Logout ]

CONFIDENTIAL                                                                                                                    STK000059

