# Exhibit I








Reason for changing status:

| photo status | approved |
| --- | --- |
| footage status | approved |
| premier only | No |
| offset contributor | No |
| Uploading Allowed? | ● Yes  ○ No |

[Update]

**Submitter Account Actions**

[Warn (send to user)] [Note (internal only)]
[Add Document]
[Mark as Fraud]
[Reset Password]
[Clear Vanity Alias]

[ Admin Home ] | [ Logout ]

CONFIDENTIAL                                                                                                                                  STK000057