# Exhibit J

| | |
|---|---|
| Document title: | El Yunque National Rainforest Fog High-Res Stock Photo - Getty Images |
| Capture URL: | https://www.gettyimages.com/detail/photo/el-yunque-national-rainforest-fog-royalty-free-image/1340091002?adppopup=true |
| Page loaded at (UTC): | Tue, 30 Aug 2022 15:51:03 GMT |
| Capture timestamp (UTC): | Tue, 30 Aug 2022 15:51:38 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 757115e2-9fa4-4a9d-902c-c001fd42a527 |
| User: | msk-general |

**getty**images



Q Search the world's best creative photos and images

Creative Images ⌄

Search by image or video

### El Yunque National Rainforest Fog - stock photo

Puerto Rico Travel Destination Tropical Rainforest path in the fog

gettyimages®
Emily Kent Photography

1340091002

</> Embed | 🖼 Buy the print | ⬇ Comp | + Save

### PURCHASE A LICENSE

All Royalty-Free licenses include global use rights, comprehensive protection, simple pricing with volume discounts available ⓘ

| ○ Small | $175.00 |
|---|---|
| ○ Medium | $375.00 |
| ● Large | $499.00 |

4471 x 3400 px (14.90 x 11.33 in)
300 dpi | 15.2 MP

○ Market-freeze

Protect your creative work - we'll remove this image from our site for as long as you need it.

## $499.00 USD

**ADD TO CART**

**GET THIS IMAGE FOR $450**

### DETAILS

| | |
|---|---|
| Credit: | Emily Kent Photography |
| Creative #: | 1340091002 |
| License type: | Royalty-free |
| Collection: | Moment |
| Location: | Rio Grande, Puerto Rico, Puerto Rico |
| Release info: | No release required |

## Similar images   View all >

**Page Vault**

| | |
|---|---|
| Document title: | rainforest river panorama Stock Photo \| Adobe Stock |
| Capture URL: | https://stock.adobe.com/images/rainforest-river-panorama/2254055? prev_url=detail&asset_id=2480546 |
| Page loaded at (UTC): | Tue, 30 Aug 2022 15:51:50 GMT |
| Capture timestamp (UTC): | Tue, 30 Aug 2022 15:52:23 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | d351a501-d2be-4a4d-b38a-34ec1f197227 |
| User: | msk-general |



| | |
|---|---|
| Document title: | DAILY LIFE/ITALY | Buy Photos | AP Images | DetailView |
| Capture URL: | https://www.apimages.com/metadata/Index/DAILY-LIFE-ITALY/ fdce47e31a7d4be6aa16410db8a596e9/20/0 |
| Page loaded at (UTC): | Wed, 31 Aug 2022 21:28:57 GMT |
| Capture timestamp (UTC): | Wed, 31 Aug 2022 21:30:10 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 61ca6500-7097-47fa-b465-ddc963ff3c3e |
| User: | msk-general |



AP IMAGES

Contact   Customer Support   Your Feedback   Register   Login   United States ▾

HOME   EDITORIAL   GRAPHICSBANK   CREATIVE ▾   BROWSE ▾   SOCIAL ▾

🔍 |  | Editorial ▾ | SEARCH

Advanced Search

▦ Back to search results        ‹ 20 of 521 results ›

# DAILY LIFE/ITALY

Overview        🏷 +   ⬇ Get price



Two tourists read a book in the heart of the Camosciara park near Villetta Barrea on July 26, 2022. The Abruzzo hinterland is known for hosting three important National Parks, namely the Abruzzo National Park, the Maiella Park and the Gran Sasso and Monti Laga National Park, which attract visitors and tourists from all over with their magnificent landscapes. of the world. (Photo by Davide Pischettola/NurPhoto via AP)

Use Information This content is intended for editorial use only.
For other uses, additional clearances may be required.

ⓒ Contributor: NurPhoto Agency

| | |
|---|---|
| ID: | 22210816515775 |
| Creation Date: | July 28, 2022 07:59:01 PM |
| Submission Date: | July 29, 2022 10:41:04 PM |
| Photographer: | Davide Pischettola |
| Source: | NURPHO |
| Credit: | ASSOCIATED PRESS |
| Special Instructions: | For use in North and South America Only |
| Resolution: | 6000 x 4000 21.53 MB |
| Subject: | Nature reserves, Recreation and leisure, Outdoor recreation, Parks, National parks, Lifestyle, Travel, Leisure travel, Sightseeing, National parks, Climate and environment, National parks |
| Keywords: | Abruzzo, Daily life, Italy, Nurphoto, three important National Parks, Monti Laga National Park, Abruzzo National Park, The Abruzzo hinterland, Camosciara park, Maiella Park, Villetta Barrea, Gran Sasso, magnificent landscapes, Davide Pischettola, Two tourists, book, heart, July, visitors, world, Photo, Plant, outdoor, woodland, jungle, state park, old-growth forest, hiking, plant, grove, natural environment, forest, nature reserve, biome, rainforest, grass |
| Location: | Villetta Barrea, ITALY |
| Transmission Reference: | pischettola-notitle220729_npwSA |
| Byline Title: | CTR |
| Usage Notes: | |
| | This content is intended for editorial use only. For other uses, additional clearances may be required. |

© Associated Press.   Feedback on the New AP Images   FAQs   Contact   Privacy Policy   Terms of Use   License Terms   My Workspace

  You Tube

Document title: DAILY LIFE/ITALY | Buy Photos | AP Images | DetailView
Capture URL: https://www.apimages.com/metadata/Index/DAILY-LIFE-ITALY/fdce47e31a7d4be6aa16410db8a596e9/20/0
Capture timestamp (UTC): Wed, 31 Aug 2022 21:30:10 GMT

Page 1 of 1