# Exhibit K

| SOURCE_BUSINESS_UNIT | MEDIA_TYPE | ASSET_ID | EXIF_KEY | EXIF_VALUE |
|---|---|---|---|---|
| sstk | photo | 1571786026 | XResolution | 1 |
| sstk | photo | 1571786026 | YResolution | 1 |
| sstk | photo | 1571786026 | YCbCrSubSampling | 2 2 |
| sstk | photo | 1571786026 | ResolutionUnit | 0 |
| sstk | photo | 1571786026 | Megapixels | 11.768832 |
| sstk | photo | 1571786026 | SourceFile | - |
| sstk | photo | 1571786026 | FileTypeExtension | JPG |
| sstk | photo | 1571786026 | EncodingProcess | 0 |

CONFIDENTIAL

STK000094