# Exhibit L

9/1/2021                          Re: STEINMETZ /// SHUTTERSTOCK /// COPYRIGHT INFRINGEMENT | Salesforce



CONFIDENTIAL                                                                              STK0000008