# Exhibit M



CONFIDENTIAL

STK0000006