# Exhibit N

TinEye Reverse Image Search - Google Chrome

tineye.com



## Search by image solutions for you

TinEye's computer vision, image recognition and reverse image search products power applications that make your images searchable.

Explore TinEye's solutions →

## TinEye products

We have built some of the world's fastest and most accurate image recognition APIs. We can help accelerate your deployments.

 **Advanced image identification**
Use image recognition for content moderation and fraud detection.

 **Label matching**
Integrate fast and accurate label matching for the beverage industry.