# Exhibit C

```
 1      UNITED STATES DISTRICT COURT

        SOUTHERN DISTRICT OF NEW YORK

 2      CASE NO. 1:21-CV-07100-AKH

        -----------------------------X

 3      GEORGE STEINMETZ,

 4                       Plaintiff,

 5      vs.

 6      SHUTTERSTOCK, INC. and

        DOES 1-10, inclusive,

 7

                         Defendants.

 8      -----------------------------X

 9

10

11            30(b)(6) DEPOSITION VIA ZOOM OF

12           SHUTTERSTOCK, INC. by and through

13                   ARTUR ZAMBROWSKI

14                    July 14, 2022

15

16

17

18

19

20

21

22

23      Reported by:

24      SARA FREUND, CSR

25
```

Page 1

1

2

3

4

5

6

7

8

9

10                        July 14, 2022

11                         10:00 a.m.

12

13

14

15

16

17

18              30(b)(6) DEPOSITION VIA ZOOM OF

19     ARTUR ZAMBROWSKI, held on the above mentioned

20     date and time, before Sara Freund, a

21     Certified Shorthand Reporter and Notary

22     Public within and for the State of New York.

23

24

25

                                           Page 2

Case 1:21-cv-07100-AKH   Document 73-2   Filed 09/16/22   Page 4 of 19
30(b)(6) – Arthur Zann video
July 14, 2022

```
 1      A P P E A R A N C E S:

 2

 3      DONIGER/BURROUGHS LAW FIRM
             Attorneys for Plaintiff
 4           247 Water Street - first floor
             New York, New York 10038
 5      BY: SCOTT A. BURROUGHS, ESQ.
             LAURA M. ZAHARIA, ESQ.

 6

 7      MITCHELL SILBERBERG & KNUPP LLP
             Attorneys for Defendant
 8           437 Madison Avenue - 25th floor
             New York, New York 10022
 9      BY: ELEANOR M. LACKMAN, ESQ.
             SAMANTHA W. FRANKEL, ESQ.

10

11

12      ALSO PRESENT:

13      Andrew Raff - inhouse counsel, Shutterstock

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                    A. ZAMBROWSKI
 2         Q.  Go ahead.
 3         A.  I do not know exactly.
 4         Q.  Do you recall anything about any of
 5    the conversations that you may have had at
 6    that time?
 7         A.  I do not remember.
 8         Q.  Do you recall doing anything else in
 9    response to the demand letter?
10              MS. LACKMAN:  Objection, foundation.
11         A.  I do not remember.
12         Q.  Do you know if the image is still on
13    Shutterstock's website today?
14         A.  It is not on Shutterstock's website
15    today.
16         Q.  How do you know?
17         A.  Because I took action and suspended
18    the content after the review with my team
19    about the documentation provided.
20         Q.  To your knowledge, does, quote,
21    suspending the content delete the content
22    from the Shutterstock system?
23              MS. LACKMAN:  Objection to the
24         extent misstates prior testimony.
25         A.  To the best of my knowledge, it is
```

Page 58

July 14, 2022

```
 1                    A. ZAMBROWSKI

 2     removed from any public facing, but it's kept

 3     internally, so if anyone else tries to upload

 4     that similar piece of content, we can flag it

 5     instantly and reject that content from ever

 6     being on Shutterstock.  Also, we have an

 7     obligation to a contributor's TOS where the

 8     content remains on our servers for a short

 9     period of time.

10          Q.  So is it fair to say that the

11     photograph alleged to be infringed in this

12     case is still on the Shutterstock system even

13     today?

14              MS. LACKMAN:  Objection, vague as to

15          system.

16          A.  Personally, I don't believe so, to

17     the best of my knowledge.

18          Q.  Is it Shutterstock's position that

19     its partners have also removed the photograph

20     that's claimed to be infringed in this case?

21              MS. LACKMAN:  Objection, no

22          foundation.

23          A.  What partners?

24          Q.  Any of the partner sites that we

25     referenced earlier.
```

Page 59

```
 1                    A. ZAMBROWSKI
 2        A.   Yes.   That's exactly what I just
 3    said.
 4        Q.   How long have you been using that at
 5    Shutterstock?
 6        A.   Personally, I've seen it in use my
 7    whole time at Shutterstock.
 8        Q.   And if it returns a match on this
 9    pixel comparison, what will Shutterstock do
10    in regards to the contributor?
11             MS. LACKMAN:  Objection, outside the
12         scope, vague.
13        A.   If there are matches that appear
14    that aren't within the same contributor up-
15    loading, we would reject that piece of
16    content, and if they are a repeat offender of
17    this type of action, we'll disable their
18    content and send them information of why
19    their account is disabled.
20        Q.   How many infringing photographs does
21    a contributor have to upload before they are
22    deemed a repeat offender by Shutterstock?
23             MS. LACKMAN:  Objection, misstates
24         the testimony, no foundation.
25        Q.   Go ahead.
```

Page 63

1                    A. ZAMBROWSKI

2        A.   It varies, between one and three.

3        Q.   So is it fair to say that if a

4    contributor uploaded three infringing

5    photographs, they would be deemed a repeat

6    offender?

7            MS. LACKMAN:  Objection, no

8        foundation, calls for a legal

9        interpretation.

10       Q.   Go ahead.

11       A.   Correct.  We would review that

12   portfolio and determine to terminate the user

13   or not.

14       Q.   And what would you look at to

15   determine whether or not to terminate the

16   user?

17           MS. LACKMAN:  Objection to the

18       extent this calls for any understanding

19       that you have from counsel.

20       Q.   Go ahead.

21       A.   We would review what type of

22   contributor they are.  We have business units

23   that upload content that are authorized by

24   other individuals to store and upload their

25   content.  We also have aggregators who do

                                        Page 64

```
 1                    A. ZAMBROWSKI

 2      similar work.  So we would have to make sure

 3      that these individuals are aware of what

 4      they're doing.

 5           Q.   What about for individuals?

 6                MS. LACKMAN:  Objection, vague.

 7           A.   For individuals, we would most

 8      likely terminate them.

 9           Q.   Is there any reason why you wouldn't

10      terminate a contributor who uploaded three or

11      more infringing images?

12                MS. LACKMAN:  Objection, calls for

13           speculation, calls for a legal

14           conclusion.

15           A.   Other than the reasons I previously

16      mentioned, no.

17           Q.   And is it the position of

18      Shutterstock that they will terminate the

19      user upon that number of infringing uploads

20      or that they'll suspend the user's account?

21                MS. LACKMAN:  Objection, compound,

22           calls for a legal interpretation,

23           misstates testimony.

24           Q.   Go ahead.

25           A.   I'm not sure what you mean by
```

Page 65

```
1                    A. ZAMBROWSKI
2    tell me how long it generally maintains that
3    copy?
4            MS. LACKMAN:  Objection, vague, no
5        foundation.
6        A.  It keeps a copy in its storage
7    potentially for -- I don't know how long a
8    period of time, but we use that in order to
9    flag any individual trying to re-upload that
10   piece of content.
11       Q.  So is it fair to say that there is
12   no set amount of time that Shutterstock will
13   maintain its copy of an allegedly infringing
14   work?
15           MS. LACKMAN:  Objection, misstates
16       the testimony.
17       A.  I do not know.
18       Q.  And you used the term deep storage.
19   What do you mean by that?
20       A.  I mean by that that's just the
21   terminology of where our content is stored
22   where it's much more difficult to access even
23   internally.
24       Q.  How do you distinguish between
25   storage and deep storage?
```

Page 76

30(b)(6) A. Zambrowski
July 14, 2022

1                   A. ZAMBROWSKI

2     load.

3         Q.   And is it Shutterstock that inputs

4     that metadata after the user's metadata is

5     removed?

6             MS. LACKMAN:  Objection, vague,

7         misstates testimony.

8         A.   No.  As I mentioned, this is

9     contributors adding their own metadata.

10        Q.   And after the contributor metadata

11    is removed, is additional metadata added

12    before the image goes live on Shutterstock?

13            MS. LACKMAN:  Objection, misstates

14        the testimony.

15        A.   As I mentioned, it's the contributor

16    who adds the metadata and that metadata would

17    be live on the website if approved.

18        Q.   As far as you know, Shutterstock

19    never added its own metadata to a photograph

20    on its website, correct?

21        A.   To the best of my knowledge, yes.

22        Q.   When you or when Shutterstock is

23    looking for, quote, unquote, compliance

24    restrictions in connection with metadata,

25    what is it doing?

Page 101

```
 1                    A. ZAMBROWSKI

 2              MS. LACKMAN:  Objection, misstates

 3         the testimony, no foundation.

 4         A.   Could you define compliance?

 5         Q.   I'm trying to find out what

 6    Shutterstock means by that.  If you look at

 7    the second bullet point, quote, "as well as

 8    compliance restrictions," I want to know what

 9    you mean by compliance restrictions and what

10    you're looking at.

11              MS. LACKMAN:  Outside the scope,

12         vague, misstates the testimony.

13         A.   It involves the individuals' names,

14    dates, birth dates, locations, also different

15    types of IP.

16         Q.   What types of IP?

17              MS. LACKMAN:  Objection, outside the

18         scope.

19         A.   Trademark or copyrighting input.

20         Q.   As we confirmed earlier today, you

21    do understand that you're here to testify on

22    behalf of Shutterstock, the company?

23         A.   Correct.

24         Q.   Looking at the next bullet point,

25    intellectual property, do you see that?
```

                                        Page 102

```
 1                    A. ZAMBROWSKI

 2          A.   Yes.

 3          Q.   What does Shutterstock do to review

 4     content for intellectual property issues?

 5               MS. LACKMAN:   Objection to the

 6          extent it calls for published

 7          information.

 8          Q.   Go ahead.

 9          A.   Should I continue?

10          Q.   Your attorney makes objections for

11     the record.   Unless she instructs you not to

12     answer, otherwise, as long as you understand

13     the question, provide an answer.

14          A.   Could you repeat the question?

15          Q.   Sure.   Bullet point three refers to

16     intellectual property that's reviewed by

17     Shutterstock before approving third-party

18     contributions to their website.   What's done

19     in that regard?   What intellectual property

20     issues is Shutterstock looking for in the

21     approval process?

22               MS. LACKMAN:   Objection, outside the

23          scope, calls for a legal interpretation.

24          You can answer if you know.

25          A.   Shutterstock is looking for any
```

Page 103

```
 1                    A. ZAMBROWSKI

 2      visible trademarks, any types of IP or copy-

 3      right trademark within the content itself.

 4           Q.   So, for example, if a photograph has

 5      a big Nike swoosh on a T-shirt in the image,

 6      might you reject that because of that

 7      potential trademark issue?

 8           A.   Correct.

 9           Q.   And if there is a picture of Mickey

10      Mouse in a particular photograph, may you

11      reject that for a copyright issue?

12           A.   Correct.

13           Q.   And if an uploaded photograph

14      matches in pixelation a previously submitted

15      infringing work, would you reject it on that

16      basis?

17              MS. LACKMAN:  Objection, calls for

18         speculation.

19           A.   Yes, that is correct.

20           Q.   The next bullet, Releases.  Are

21      these the releases you were discussing

22      earlier when you were talking about model

23      release issues?

24           A.   Correct.

25           Q.   So Shutterstock may reject an up-
```

Page 104

1              A. ZAMBROWSKI

2      loaded photograph if the individual in the

3      photograph needs to sign a model release but

4      hasn't?

5           A.   That's correct.

6              MS. LACKMAN:  Objection, calls for a

7         legal interpretation.

8           Q.   And you're sometimes part of that

9      process?

10          A.   I, personally, am not.

11          Q.   So Shutterstock will reach out to

12     uploaders in certain situations or users or

13     downloaders in certain situations and advise

14     them that a photograph cannot be approved as

15     displayed on the site until they obtain a

16     model release for the subject in the

17     photograph; is that correct?

18              MS. LACKMAN:  Objection, outside the

19         scope, calls for speculation, calls for a

20         legal interpretation.

21          A.   If a subject is rejected for a model

22     release, those objections get automatically

23     sent to the contributor saying their content

24     was rejected for this reason.  Outside of

25     that, we do not advise or encourage them to

Page 105

```
 1                    A. ZAMBROWSKI

 2     upload.

 3          Q.   And does Shutterstock decide who to

 4     send those notices to?

 5               MS. LACKMAN:  Objection, asked and

 6          answered.

 7          Q.   Let me make it a little more clear.

 8     When Shutterstock is reviewing these

 9     photographs to determine whether or not a

10     model release is required, is it Shutterstock

11     that determines whether or not a model

12     release is required?

13               MS. LACKMAN:  Objection, vague.

14          A.   To the best of my personal

15     knowledge, yes.

16          Q.   Looking at the next bullet point,

17     Policy, it indicates that there exists,

18     quote, unquote, Shutterstock content

19     policies.  What are those?

20          A.   As I mentioned, we have reviewer

21     guidelines that have multiple pages in terms

22     of standards and policies that reviewers are

23     educated on.

24          Q.   Other than similar content and

25     Spamming, do you recall any of those?
```

Page 106

1              A. ZAMBROWSKI

2         A.   I mentioned this one before, the

3    external buildings, internal buildings,

4    clothing, the branding.

5         Q.   What will Shutterstock look for when

6    deciding whether or not to display content

7    based on there being, quote, unquote, similar

8    content?

9              MS. LACKMAN:  Objection, vague.  To

10         the extent there is legal analysis

11         wrapped up in this, please refrain to

12         discuss.  If there isn't, then you can

13         answer.

14         A.   It's the content that is taking the

15    same picture but rotating the camera slightly

16    and slightly and it's uploading every single

17    one of those.  It is offloading user

18    experience, in my personal opinion.

19         Q.   Shutterstock will make that decision

20    at its discretion and reject the content?

21              MS. LACKMAN:  Objection, misstates

22         the testimony.

23         A.   To the best of my personal

24    knowledge, yes.

25         Q.   Does Shutterstock have complete

                                        Page 107

```
1                      A. ZAMBROWSKI

2         discretion of what gets published on its

3         site?

4                   MS. LACKMAN:  Objection, calls for a

5             legal interpretation, asked and answered.

6             A.   To the best of my personal

7         knowledge, yes, we have a certain threshold

8         that we try to uphold as to keep our

9         contributors more engaged and our customers

10        happy.

11            Q.   So when you're looking at content to

12        see if it violates your, quote, standing

13        policy, which would require rejection, what

14        are you looking for?

15                  MS. LACKMAN:  Objection, outside the

16            scope, calls for speculation.

17            A.   That could be a number of things.

18        As I mentioned, taking the same frame and

19        just rotating your camera over and over and

20        uploading five through a hundred of those

21        same images.

22            Q.   So folks try to upload Spam content

23        on Shutterstock from time to time, correct?

24                  MS. LACKMAN:  Objection, vague.

25            A.   To the best of my personal
```

Page 108

```
 1                   A. ZAMBROWSKI
 2    knowledge, yes.
 3         Q.   And Shutterstock will reject that
 4    Spam content, correct?
 5         A.   Correct.
 6         Q.   That Spam content never shows up on
 7    the Shutterstock website, correct?
 8              MS. LACKMAN:  Objection, calls for
 9         speculation.
10         A.   Correct.
11         Q.   And that holds true for all of the
12    five bullet points that we just discussed, if
13    the submitted contents aren't in line with
14    Shutterstock guidelines, Shutterstock will
15    reject the content, correct?
16              MS. LACKMAN:  Objection, calls for
17         speculation.
18         A.   To the best of my personal
19    knowledge, yes.
20         Q.   Are you aware of Shutterstock's
21    technical and metadata standards?
22              MS. LACKMAN:  Objection, vague.  Can
23         you refer to a document?
24         Q.   Go ahead.
25         A.   I am not.
```

Page 109