# EXHIBIT 23



[show access]

## Submitter Account

Lookup Username

As this submitter, login to [submit]
As this submitter, login to [contributor mobile site]
View this submitter's Pending Photos
View this submitter's Pending Videos

### Submitter Info
[show access]



| | |
|---|---|
| id | 249862578 |
| global accounts user id | 249862578 |
| num approved photos | 21 |
| num submitted videos | 1 |
| num approved videos | 0 |
| username | Arun RaJpuT6621 |
| created | 2019-11-06 21:44:31 |
| last online datetime | |
| email verified | no |
| opt in subscription | yes |
| opt in per sale | yes |
| opt in footage | yes |
| payout type | paypal |
| email | ███████ |
| paypal email | |
| name | Arun Lodhi |
| payto | Arun Lodhi |
| display name | Arun RaJpuT6621 |
| residential address | ███████ |
| residential address2 | |
| residential city | |
| residential state | |
| residential zip | |
| residential country | India (current value is India) |

☑ Same as residential

| | |
|---|---|
| mailing address | ███████ |
| mailing address2 | |
| mailing city | |
| mailing state | |
| mailing zip | |
| mailing country | India (current value is India) |
| phone | ███████ |
| url | |
| how heard | |
| payout | photo tier one: 0 to 100 downloads (edit) |
| video payout | video tier one: 0 to 10 downloads (edit) |
| photo calendar year | (edit) |
| video calendar year | (edit) |
| referer id | |
| footage referer id | |
| status | disabled |

### Submitter Warnings
(none)

### Submitter Account Notes

| 2021-09-01 16:42:18 | araff | Changed status from active to disabled: Infringement case 11204754 |

### Papertrail Notes

| 2019-11-06 21:44:31 EST | Contributor Android | User | New user registration succeeded from site 'mobile', client 'Contributor Android' |
| 2019-11-06 21:44:31 EST | | User | User agreed to terms of service for "contributor". |
| 2019-11-06 21:44:31 EST | Contributor Android | User | Accounts login Succeeded for IP: 47.9.114.133. |
| 2019-11-06 21:44:31 EST | | User | Optout status changed. |

### Possible Duplicates
███████

### Payout Info
View Submitter's Payouts Info

Checks usually go out by the 15th day of the month f
So if a check date is 2005-03-31, then it went out on

Unpaid: 0 (approx, no payment record)

### Otrs Ticket History
If you need OTRS data contact
im.dataoperations.team@shutterstock.com

### Submitter Other Tools

[View Rejected and Deleted Photos]
[View Suspended Photos] (0)
[View this submitter's gallery with full size images]
[View this submitter's gallery on Shutterstock.com]
[View All-time Image Portfolio]
[View this submitter's footage gallery]
[View this submitter's model releases by photo]
[View this submitter's saved photo model releases]
[View this submitter's saved video model releases]
[View this submitter's saved video property release]
[View this submitter's property releases by photo]
[View this submitter's saved property releases]

### Submitter Referrals
(none)

### Testimonials
(none)

[Add new testimonial]

### Submitter Residential Address
Arun Lodhi
███████
India

### Submitter Mailing Address
Arun Lodhi
███████
India

### Submitter Batch Notes
(none)

### Submitter Referred Photographers

| ID | First Name |
|---|---|
| (none) | |

Reason for changing status:

| photo status | approved |
| footage status | approved |
| premier only | No |
| offset contributor | No |
| Uploading Allowed? | ◉ Yes  ○ No |

[Update]

**Submitter Account Actions**

[Warn (send to user)] [Note (internal only)]
[Add Document]
[Mark as Fraud]
[Reset Password]
[Clear Vanity Alias]

[ Admin Home ] | [ Logout ]

CONFIDENTIAL

STK000057