**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEORGE STEINMETZ,

                Plaintiff,

    -against-                                     21 **CIVIL** 7100 (AKH)

                                                         **JUDGMENT**

SHUTTERSTOCK, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated September 19, 2022, Defendant's motion for summary judgment is granted in full, and Plaintiff's motion is denied. Judgment is entered in favor of Defendant with costs; accordingly, the case is closed.

**Dated:** New York, New York

      September 20, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____

                                                         **Clerk of Court**

                                  **BY:**       *K. Mango*

                                                        _____

                                                         **Deputy Clerk**