UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
        :
GEORGE STEINMETZ,        :
        Plaintiff,    :  **ORDER**
   v.        :
        :  21 Civ. 7100 (AKH)
SHUTTERSTOCK, INC.,        :
        :
        Defendant.    :
        :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendant shall submit documentation sufficient to demonstrate the fees and costs incurred in bringing its motion for attorneys' fees and sanctions no later than November 24, 2022. Plaintiff shall submit any opposition by December 1, 2022.

    SO ORDERED.

Dated:    November 17, 2022        /s/ Alvin K. Hellerstein
        New York, New York        ALVIN K. HELLERSTEIN
                United States District Judge