UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| George Steinmetz,<br><br>Plaintiff,<br><br>v.<br><br>Shutterstock, Inc., et al.,<br><br>Defendants. | Civil Action No.: 1:21-cv-07100-AKH |

**STIPULATION TO WITHDRAW PENDING MOTION AND CLOSE ACTION**

1

STIPULATION

14994472.1/50744-00007

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, George Steinmetz ("Steinmetz"), and Defendant, Shutterstock, Inc. ("Shutterstock") hereby STIPULATE as follows:

    A.    Shutterstock withdraws its Motion for Attorneys' Fees and Sanctions; and

    B.    Shutterstock withdraws its request to tax costs.

Having so stipulated, the parties understand that all activity before this Court regarding the above-captioned action is and shall be closed, and no further award of costs or fees shall be granted to either party.

**SO STIPULATED**.

Dated: December 5, 2022                    DONIGER / BURROUGHS

By: _____
Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
*Attorneys for Plaintiff George Steinmetz*

Dated: December 5, 2022                    MITCHELL SILBERBERG & KNUPP

By: _____
Eleanor M. Lackman, Esq.
*Attorneys for Defendant Shutterstock, Inc.*

**SO ORDERED.**

Dated: 12/7/22    By: _____
HONORABLE ALVIN K. HELLERSTEIN

2

STIPULATION

14994472.1/50744-00007